Corn Exchange National Bank and Trust Company
et al. *v.* Jones et al., Appellants.

Argued October 6, 1933.

Before KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

*Thomas P. Mikell*, of *Saul, Ewing, Remick & Saul*, for appellants.

*Lloyd J. Schumacker*, and with him *William W. Cohan*, of *Cohan & Schumacker*, for appellee.

OPINION BY BALDRIGE, J., February 1, 1934:

The questions involved in these three appeals are the same as in No. 232, October Term, 1933, 112 Pa. Superior Ct. 32, and for the reasons therein set forth, judgments are affirmed.